| | | | |
|---|---|---|---|
| Com. v. Young | 1730 WDA 2015<br>Affirmed | 08/11/2016 | CP–25–CR–0001698–<br>2006<br>(Erie) |
| Com. v. Gettys | 2494 EDA 2011<br>Affirmed | 08/12/2016 | CP–23–CR–0004425–<br>2005<br>(Delaware) |
| Com. v. Miller | 550 EDA 2015<br>Affirmed | 08/12/2016 | CP–09–CR–0007260–<br>2007<br>(Bucks) |
| Com. v. Bartlett | 804 EDA 2015<br>Affirmed | 08/12/2016 | CP–51–CR–0808341–<br>2006<br>CP–51–CR–1301845–<br>2006<br>(Philadelphia) |
| Com. v. Lusick | 2160 EDA 2015<br>Affirmed | 08/12/2016 | CP–51–CR–0321881–<br>1993<br>(Philadelphia) |
| Com. v. Hilton | 2286 EDA 2015<br>Affirmed | 08/12/2016 | CP–51–CR–0010193–<br>2014<br>(Philadelphia) |
| Com. v. Cuadro | 2452 EDA 2015<br>Affirmed | 08/12/2016 | CP–51–CR–0010826–<br>2014<br>(Philadelphia) |
| Com. v. Hines | 2733 EDA 2015<br>Affirmed | 08/12/2016 | CP–39–CR–0000022–<br>2013<br>(Lehigh) |
| Com. v. Casino | 2830 EDA 2015<br>Affirmed | 08/12/2016 | CP–46–CR–0004985–<br>2013<br>CP–46–CR–0006154–<br>1991<br>CP–46–CR–0013261–<br>2001<br>(Montgomery) |
| Oakley v. Clark | 3000 EDA 2015<br>Affirmed | 08/12/2016 | No. 140100583<br>(Philadelphia) |
| Com. v. Muir | 3748 EDA 2015<br>Affirmed | 08/12/2016 | CP–15–CR–0000946–<br>2015<br>(Chester) |
| PNC Bank v. Wagner | 217 EDA 2016<br>Affirmed | 08/12/2016 | 14–11890<br>(Chester) |
| Com. v. Wolf | 1383 MDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 08/12/2016 | CP–67–CR–0008019–<br>2013<br>CP–67–CR–0008983–<br>2012<br>CP–67–CR–0008984–<br>2012<br>(York) |
| Com. v. Davila–Lugo | 1445 MDA 2015<br>Affirmed | 08/12/2016 | CP–22–CR–0004053–<br>2014<br>(Dauphin) |
| Kehr v. Grissinger | 1796 MDA 2015<br>Affirmed | 08/12/2016 | 2012–1117<br>(Huntingdon) |